# United States District Court
# For The Western District of North Carolina
# Asheville Division

Dandy Dewight Sanders ,

    Plaintiff(s),                      JUDGMENT IN A CIVIL CASE

vs.                                        1:09-cv-00447

FNU Davis, et al.

    Defendant(s).

DECISION BY COURT. This action having come before the Court by and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 3/27/2012 Order.

Signed: March 27, 2012

_____
Frank G. Johns, Clerk
United States District Court